**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT  DESIGNATED  FOR  PUBLICATION

Brandon Citizen
Allen Correctional Center DOC No. 338915
3751 Lauderdale Woodyard Road
Kinder LA 70648

**REHEARING ACTION: November 2, 2011**

**Docket Number: 10   01496-KH**

**STATE OF LOUISIANA**
**VERSUS**
**BRANDON CITIZEN**

**Writ Application from Calcasieu Parish Case No. 10199-99**

**BEFORE JUDGES:**

   **Hon. Sylvia R. Cooks**
   **Hon. Jimmie C. Peters**
   **Hon. Marc T. Amy**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Brandon Citizen** has this day been

   **DENIED.**

cc: John Foster DeRosier, Counsel for  the Respondent